**Order filed May 10, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00300-CV
_____

### MICHAEL A. POWELL, Appellant

### V.

### JENNY HODGKINS, EXECUTIVE DIRECTOR, STATE BAR OF TEXAS, Appellee

**On Appeal from the
Travis County, Texas
Trial Court Cause No. D-1-GN-21-001728**

## ORDER

This is an interlocutory appeal is from an order signed January 6, 2022. The clerk's record was filed March 17, 2022. The record reflects the notice of appeal was filed March 7, 2022.

Appellant alleges he did not receive notice of the order until March 2, 2022. Pursuant to Texas Rule of Civil Procedure 306a, appellant must provide a written order signed by the trial court finding the date when appellant first either received notice or acquired actual knowledge the judgment was signed. *See* Tex. R. App. P. 4.2(c); *see also LDF Construction, Inc. v. Texas Friends of Chabad Lubavitch, Inc.*, 459 S.W.3d 720, 724 (Tex. App.—Houston [14th Dist.] 2015, no pet.) (the

date must be established by competent proof and included in a written order signed by the trial judge).

Accordingly, we order the case abated and remanded to the trial court for a hearing and entry of an order finding the date when appellant first either received notice or acquired actual knowledge that the order was signed. A supplemental clerk's record containing the trial court's order shall be filed with the clerk of this court **within 30 days of the date of this order.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.


PER CURIAM


Panel Consists of Justices Bourliot, Hassan, and Wilson.